IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD DEAN** § | | **PLAINTIFF** |
| § | | |
| v. § | | **CAUSE NO. 1:04CV616** |
| § | | |
| **FEDERAL HOME LOAN MORTGAGE** § | | |
| **CORP. D/B/A HOMESTEPS, KIM** § | | |
| **HAYNES, LATTER & BLUM INC.** § | | |
| **REALTORS, FREDDIE MAC, VIRGINIA** § | | |
| **MCCOY, MARJORIE SCHROEDER, AND** § | | |
| **STEPHANIE MCCONNELL** § | | **DEFENDANTS** |

| | | |
|---|---|---|
| **KRISTIE AYLETT** § | | **PLAINTIFF** |
| § | | |
| v. § | | **CAUSE NO. 1:04CV617** |
| § | | |
| **FEDERAL HOME LOAN MORTGAGE** § | | |
| **CORP. D/B/A HOMESTEPS, KIM** § | | |
| **HAYNES, LATTER & BLUM INC.** § | | |
| **REALTORS, FREDDIE MAC, VIRGINIA** § | | |
| **MCCOY, MARJORIE SCHROEDER, AND** § | | |
| **STEPHANIE MCCONNELL** § | | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the motions for summary judgment filed by Defendants Federal Home Loan Mortgage Corporation; Kim Haynes; Latter & Blum, Inc. Realtors; Virginia McCoy; Majorie Schroeder; and Stephanie McConnell, the Court, after a full review and consideration of the Defendants' Motions, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's case is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 20th day of December, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE